No. 84–5006.   YANG *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–5009.   ANDERSON *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–5010.   NOE *v.* NEAVES, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–5011.   VANCE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5012.   YOUNG *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 84–5014.   SIMPSON *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 84–5015.   ICE *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 84–5016.   CASTRO *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–5017.   EFTHEMES *v.* HARANZO ET AL.   C. A. 4th Cir. Certiorari denied.

No. 84–5020.   STOKES *v.* PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION.   C. A. 1st Cir.   Certiorari denied.

No. 84–5022.   BIRDEN *v.* CONAN ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–5028.   MOORE *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5030.   SLADEK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5031.   IUTERI *v.* CONNECTICUT.   Super. Ct. Conn., New Haven Jud. Dist.   Certiorari denied.

No. 84–5032.   RUMPH *v.* HUDSON.   C. A. 5th Cir.   Certiorari denied.